IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CR-057-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| SAMANTHA MARIE VONO, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 39) filed by Andy C. Brooks, concerning Katryna Lyn Spearman, on February 8, 2024. Katryna Lyn Spearman seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 39) is **GRANTED**. Katryna Lyn Spearman is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 8, 2024

David C. Keesler
United States Magistrate Judge